USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/11

**MEMO ENDORSED**

Beys, Stein & Mobargha LLP

Nader Mobargha

August 12, 2011

**VIA FACSIMILE (212) 805-7927**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD

AUG 1 2 2011

UNITED STATES COURT JUDGE

Re: **Doe v. Bernstein, 10 Civ. 9658 (NRB)**

Dear Judge Buchwald:

**MEMO ENDORSED**

We represent plaintiff John Doe in the above-captioned matter. On June 29, 2011, Your Honor dismissed this action without prejudice to restore it to the Court's calendar upon an application by this date. As with the related case of Bayrock Group LLC v. Bernstein, 10 Civ. 6338 (NRB), the parties are close to reaching a settlement of this matter. Accordingly, we are writing to respectfully request a one-week adjournment of the time to restore the matter to the calendar, until August 19, 2011. All parties consent to this request.

*Application granted.*

Respectfully submitted,

Nader Mobargha
*Counsel for Plaintiff John Doe*

*[Signed] USDJ*
*8/16/11*

cc: David C. Wrobel, Esq. (by email)
Brett Joshpe, Esq. (by email)
*Counsel to Defendant Josh Bernstein*

Walter Saurack, Esq. (by email)
*Counsel to Bayrock Group LLC*

The Chrysler Building
405 Lexington Avenue
7th Floor
New York, New York 10174
212-387-8200 (Main)
212-387-8229 (Fax)
nmobargha@bsmlegal.net