**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/11

Beys, Stein & Mobargha LLP

Nader Mobargha

August 19, 2011

**VIA FACSIMILE (212) 805-7927**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
AUG 19 2011
UNITED STATES COURT JUDGE

Re: **Doe v. Bernstein, 10 Civ. 9658 (NRB)**

Dear Judge Buchwald:

    We represent plaintiff John Doe in the above-captioned matter. On June 29, 2011, Your Honor dismissed this action without prejudice to restore it to the Court's calendar upon an application by August 12, 2011. On that date we requested, and Your Honor granted, a one-week adjournment of the deadline to restore the action. As with the related case of Bayrock Group LLC v. Bernstein, 10 Civ. 6338 (NRB), we are now writing to respectfully request a second one-week adjournment of the deadline, until August 26, 2011, as the parties are still attempting to reach a settlement. All parties consent to this request.

**MEMO ENDORSED**

*Application granted.*

*Naomi Reice Buchwald, USDJ*
*8/22/11*

Respectfully submitted,

Nader Mobargha
*Counsel for Plaintiff John Doe*

cc: David C. Wrobel, Esq. (by email)
    Brett Joshpe, Esq. (by email)
    *Counsel to Defendant Josh Bernstein*

    Walter Saurack, Esq. (by email)
    *Counsel to Bayrock Group LLC*

The Chrysler Building
405 Lexington Avenue
7th Floor
New York, New York 10174
212-387-8200 (Main)
212-387-8229 (Fax)
nmobargha@bsmlegal.net