UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOHN DOE,

                  Plaintiff,

    -against-

JOSHUA BERNSTEIN,

                  Defendant.
-------------------------------------------------------------x

No. 10-Civ.9658

STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for the parties herein, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the causes of action in the above-entitled action is hereby discontinued with prejudice, without costs to either party against the other.

Dated: New York, New York
       October 17, 2011

By: _____
     Michael P. Beys, Esq.
Beys, Stein & Mobargha LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Attorneys for Plaintiff

By: _____
     David C. Wrobel, Esq.
Wrobel & Schatz, LLP
1040 Avenue of the Americas, 11th fl
New York, New York 10018
Attorneys for Defendant

SO ORDERED

_____
Judge Frank Maas, U.S.M.J.
10/21/11

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/11